# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JAIME GENTRY,

    Plaintiff,

v.                                         Case No. 6:21-cv-45-JA-LRH

GAR SHING REALTY CORP.,

    Defendant.
_____

## ORDER

This case is before the Court on the Plaintiff's Renewed Motion for Court Approval of Minor Settlement Pursuant to F.S. 744.387(3)(a) (Doc. 25). The assigned United States Magistrate Judge has submitted a Report (Doc. 26) recommending that the motion be granted in part and denied in part. The parties have not filed objections to the Report, and the deadline to do so has passed.

After review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation (Doc. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Renewed Motion for Court Approval of Minor Settlement Pursuant to F.S. 744.387(3)(a) (Doc. 25) is **GRANTED in part and DENIED in part**.

3. The modification provision of the Settlement Agreement (Doc. 23-1 at § VI.A.) is **SEVERED**.

4. The Settlement Agreement (Doc. 23-1), as amended by the Court, is **APPROVED**.

5. Plaintiff's Renewed Motion for Court Approval of Minor Settlement Pursuant to F.S. 744.387(3)(a) (Doc. 25) is **DENIED in all other respects**.

6. This case is **DISMISSED with prejudice**.

7. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on July ___, 2021.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record